**People of the State of Illinois, Plaintiff-Appellee, v. Floyd C. Brennecke, Defendant-Appellant.**

**Gen. No. 69–58. (Abstract of Decision.)**

Second District.

January 19, 1970.

Michael Caldwell, of Woodstock, and Arthur B. Carlson, of Harvard, for appellant; William J. Cowlin, State's Attorney of McHenry County, of Woodstock, and Thomas F. Baker, Assistant State's Attorney, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.